UNITED STATES DISTRICT COURT

For the _____ District Of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NH

2019 JUN 14 AM 10: 14

FILED

el, jaame amun re o/b/o EL, JAAME AMUN RE          No. _____
                    Plaintiff

v.                                            *Bivens* COMPLAINT FOR MONEY DAMAGES

Warden Robert Hazlewood, FCI Berlin           AND INJUNCTIVE RELIEF
                    Defendant

## *JURISDICTION*

1. This suit is brought pursuant to Bivens... 28 USCS §1331, §1332, seeking money damages, declaratory judgment and an injunction to redress equal protection of the law, in lieu of past deprivation practices of "Special Mail" and to prevent the further deprivation by defendants and their agents, acting under color of federal law, of rights, privileges, and immunities secured by the Constitution of the United States, namely the due process clause of the Fourth Amend., Fifth Amend., Fourteenth Amend. and the First Amend., guaranteeing to all persons freedom of speech... the right to petition for redress of grievances; the right to be secured from unreasonable searches and seizures, and equal protection under the law.

2. This court has subject matter jurisdiction of this claim under 28 U.S.C. §1331 and § 1332.

3. Plaintiffs are the claimant Party. The claimant Party seek, through this honourable court the remedy sought by this complt

4. Plaintiff brings this action pursuant to Rule 23(b) of the Fed. R. Civ. P., on their own behalf and executed hereby this ___ day June, 2019 in the City of Berlin, New Hampshire 03570.

5. Defendant Robert Hazlewood has used alternating Officers at all times in FCI's mailroom. The number of Staff member Officers of the class is not known with precision, but is believed to exceed "1".

6. There are questions of law and questions of common to the class of defendants. The question of fact common to defendant is that mailroom Officers of the defendant Party did not and are not authorized, nor recieved authorization from the Plaintiff at any time hereto, to sign on his behalf, any matters regarding the nature of his legal mail communications nor were any defendant Party (ies) authorized by firsthand written knowledge hereto, or by email, or verbal communication to open, copy read or destroy any incoming or outgoing legal mail parephenalia whatsoever, to this effect.

The question of law common to defendant(s) is/are that all of them are subject to Federal law governing mail requirements and penalties per "SPECIAL MAIL" 28 CFR540.18 and 18 U.S.C. § 1341.

7. Plaintiff claims are affirmative, in accordance with the Federal law and treaties protecting legal mail securities. Plaintiffs know of no conflicts of interest among defendants of the class with regard to the issues in this case.

8. Defendants have acted on grounds generally applicable to them, making money damages, injunctive, and declaratory relief appropriate.

9. Separate actions may establish a risk of inconsistent adjudications with respect to individual defendant "mail handlers", which would establish incompatible standards of conduct on part of the defendant.

10. This action is supported under Fed. R. Civ. P. Rule 23(b)(1), 18 U.S.C. 1341, Bivens, and 28 CFR540.18.

### PARTIES DEFENDANT

11. The defendant "Robert Hazlewood" is the duly appointed "Warden/ISO" of the (FCI) Federal Correctional Institution located at 1 Success Loop Road Berlin, NH 03570.

12. The defendant "FCI Berlin" is the institution warehouse "person" of Berlin, NH 03570.

13. At all relevant times, the defendant acted through their agents and employees, all of whom were duly qualified and acting federal officers, in violation of "18 USCS§1341 and 28 CFR 540-18." [*Plaintiff sought remedy from the Attorney General's Office, whom failed to respond.] See Exhibit 2

14. At all relevant times, the defendants, their agents, and their employees were acting under color of federal law of the State of "FCI."

## CLAIM FOR RELIEF

15. The defendant Party understands that its officers "willfully" and "knowingly" on("7") "seven" or more occassions did commit acts of "mail fraud" (i.e. Frauds and swindles), in violation of TITLE 28 CFR540.18 "SPECIAL MAIL" and TITLE 18 U.S.C.§ 1341 which states "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises...any matter or thing whatever to be sent or delivered by the Postal Service... such person shall be fined not more than $1,000,000"..."Hence, the defendant Party accepts the full financial responsibility amount owed and the "settlement" amount sought($2M). WHEREFORE, attached to this motion claim, Plaintiff has provided a record of an exhausted administrative remedy process sought with FCI privately, in addition to an "Exhibit 1 which encompasses a minimum of "7" seperate photo-copies of photo-copied mail envelopes of the actual original mail envelopes, intercepted wrongfully by "FCI Berlin" staff officers of the inmate unit. The problem with these acts routinely practiced by "FCI Berlin" are that it subsequently undermines the governing federal laws mentioned above, operates accordingly as a security breach of counsel communication relations, without Plaintiffs verbal/email/handwritten authorization to autograph/sign on his behalf, regarding his legal incoming mail indicating clearly thereon "SPECIAL MAIL OPEN ONLY IN THE PRESENCE OF INMATE per 28 CFR 540.18." (See "Exhibit 1 ) However, defendant agrees that they've mistakenly violated said terms and conditions indicated within the above stated "language" indicated in both governing TITLE(S) 28 CFR 540.18 and 18 USCS § 1341. Ref. Admin. Remedy "Exhibit 2

16. Plaintiff currently seeks relief against defendant in the violation amount $7Million United States Dollars Currency, payment of all court costs, with declaratory and injuctive protection against future violations of his rights. Ref. Exhibit-2

## PRAYER

Plaintiffs request that this Court grant:

A. A declaratory judgment that Plaintiff be paid in full, the computation amount provided in 18 USCS§ 1341 for each evidenced photo copy mail reported under Exhibit 1 , as the indisputed recorded violation hereto. ("7"in total)

B. An order enjoining defendants, their successors, their agents, and all persons acting in concert with them who have knowledge of the injunction from in any way violating his mail in any such fashion or threatening to do so.

C. All other relief that is just and proper.

Respectfully executed this 10th day June, 2019.

By: el, jaane a u EX ~without prejudice~ without recourse.

El, Jaame Amun Re

Reg.#69854019

Federal Correctional Institution

1 Success Loop Road

Berlin, New Hampshire 03570

## Individual Affirmation Acknowledgement

This is to affirm, all statements tendered ^herein are true, correct, complete, and not misleading to the best of the Undersigneds knowledge, under penalties of perjury within the United States of America.

Claimant: By: el, jaane a u Ep ~without prejudice~ without recourse.    Dated: June 10th 2019
Authorized Representative for EL JAAME AMUN RE

## CERTIFICATE OF SERVICE

This is to certify the stated "COMPLAINT FOR ~~→MONEY DAMAGES~~ AND INJUNCTIVE RELIEF ~~""~~ was prepared and forwarded to the "FCI Berlin" mailroom handlers to forward this record this 10th day June, 2019 to the below referenced recipient. via "Special Mail" with prepaid postage hereby:

⇔69854-019⇔
United States-Courthouse
Clerk's Office Rm110
55 Pleasant ST
Concord, NH 03301
United States

cc: ISO/Warden Robert Hazlewood
⇔69854-019⇔
Warden Robert Hazlewood
1 Success LOOP RD
Berlin, NH 03570
United States

CC: Solicitor General
⇔69854-019⇔
Attorney General
950 Pennsylvania AVE NW
Washington, DC 20530
United States

*P.S. Please return a filed stamped copy, to be mailed to the referenced Parties.