**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Jaame Amun Re El</u>

    v.                                            Case No. 19-cv-647-JL

<u>Warden Robert Hazlewood,
FCI Berlin et al.</u>[1]

## REPORT AND RECOMMENDATION

Before the court are Plaintiff Jaame Amun Re El's motions seeking an entry of default (Doc. No. 43) and a default judgment (Doc. No. 50) against Robert Hazlewood, the Warden of the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin"). For the reasons stated herein, the district judge should deny both motions.

In May 2020, the undersigned magistrate judge conducted a preliminary review in this matter pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1). The court directed service of the claims identified in the May 18, 2020 Report and Recommendation ("R&R") (Doc. No. 39) as Claims 1(a)(i), 1(b)(i), 1(c)(i), and 1(d)(i), upon defendants FCI Berlin Mailroom Officer Melainson,

---

[1]The only defendants presently in this action are Federal Correctional Institution, Berlin, New Hampshire ("FCI Berlin") Mailroom Officer Melainson, whose first name is unknown ("FNU"), and FCI Berlin Corrections Officers FNU Flynn, FNU Farren, and FNU Burnside. The other defendants have been dropped from this action. <u>See</u> June 10, 2020 Order (Doc. No. 47).

whose first name is unknown ("FNU"), and FCI Berlin Corrections Officers ("COs") FNU Flynn, FNU Farren, and FNU Burnside. See May 18, 2020 Order (Doc. No. 40). Further, the court recommended that the district judge dismiss all of the other claims asserted by Mr. El and drop all of the other defendants from this case. See May 18, 2020 R&R (Doc. No. 39). The district judge approved that R&R. See June 10, 2020 Order (Doc. No. 47) (approving May 18, 2020 R&R (Doc. No. 39)).

In his complaint documents, Mr. El named Warden Hazlewood as a defendant to the claims identified as Claims 7 and 9 in the May 18, 2020 R&R. The court dismissed both of those claims and dropped Warden Hazlewood from this action when it approved that R&R.[2] Accordingly, Warden Hazlewood never accrued any responsibility to answer or otherwise respond to Mr. Hazlewood's complaint documents. As previously explained to Mr. El:

> Although Mr. El alleges that he has effected service on Warden Hazlewood in this action, because Mr. El is a prisoner filing a civil action against government officials, the defendants are not required to appear or answer the complaint until the court conducts preliminary review pursuant to 28 U.S.C. § 1915A(a), and directs service on those defendants. See Askew v. Holder, No. CIV.A. 12-0221, 2013 U.S. Dist. LEXIS

---

[2]Claim 7 was dismissed without prejudice to Mr. El's ability to file a new lawsuit asserting that claim, which he has not done. See June 10, 2020 Order (Doc. No. 47) (approving May 18, 2020 R&R (Doc. No. 39, at 20)). The court dismissed Claim 9 for failure to state a claim. See June 10, 2020 Order (Doc. No. 47) (approving May 18, 2020 R&R (Doc. No. 39, at 17, 20)).

> 21601, *1-*2, 2013 WL 595893, at *1 (D.D.C. Feb. 15, 2013) (collecting cases). Cf. 42 U.S.C. § 1997e(g)(1) (defendants may waive right to reply to complaint without waiver being considered an admission).

May 18, 2020 R&R (Doc. No. 40), at 19, 20. Furthermore, the served defendants have been granted an extension of the response deadline to sixty days after all of the defendants have been served, which has not yet occurred in this case.

## Conclusion

For the foregoing reasons, the district judge should deny Mr. El's motion for default (Doc. No. 43) and motion for default judgment (Doc. No. 50). Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

February 25, 2021

cc: Jaame Amun Re El, pro se

3