UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jaame Amun Re El

    v.                                              Case No. 19-cv-647-JL

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 25, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: March 9, 2021

cc:   Jaame Amun Re El, pro se
       Robert J. Rabuck, AUSA